## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DANIEL CARR**                                                                 **PLAINTIFF**
**#143320**

**v.**                                    **CASE NO: 4:24-CV-0191 BSM**

**A. SWATZEL, et al.**                                                          **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE